01/2012

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                           ) Chapter 7
    SAEED KHAN                          ) Bankruptcy Case No.
                                                 )
                                                 )
    Debtor(s)                              )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

**DECLARATION OF PETITIONER(S)**

A.    [To be completed in all cases]

    I (We), Saeed Khan_____ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐  I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Saeed Khan
Printed or Typed Name of Debtor or Representative    Printed or Typed Name of Joint Debtor

X [signature]
Signature of Debtor or Representative    Signature of Joint Debtor

1/24/13
Date    Date